UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,               )
                                )
    v.                           )    2:12-CR-354-LDG-(CWH)
                                )
ISAIAH ALJAVAR-MARTELL PERKINS,  )
                                )
        Defendant.               )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on December 13, 2012, defendant ISAIAH ALJAVAR-MARTELL PERKINS was found guilty on Counts One and Two of a Two-Count Criminal Indictment charging him in Counts One and Two with Prohibited Person in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(9). Criminal Indictment, ECF No. 1; Minutes of Jury Trial Proceedings, ECF No. 34; Jury Verdict, ECF No. 37.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offenses to which defendant ISAIAH ALJAVAR-MARTELL PERKINS was found guilty. Criminal Indictment, ECF No. 1.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a) HS Product (IM Metal) Springfield Pistol, Model XD40, .40 caliber, serial number XD406537;

(b) a Ruger P944DC, .40 caliber pistol, serial number 34120930; and

(c) any and all ammunition.

This Court find the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ISAIAH ALJAVAR-MARTELL PERKINS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101,

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this \_\_10\_\_ day of \_\_Jan\_\_, 2013.

_____
UNITED STATES DISTRICT JUDGE