1
2
3
4
5
6                           **UNITED STATES DISTRICT COURT**
7                                   **DISTRICT OF NEVADA**
8   UNITED STATES OF AMERICA,            )
                                         )
9                  Plaintiff,            )
                                         )
10         v.                            )      2:12-CR-354-LDG-(CWH)
                                         )
11  ISAIAH ALJAVAR-MARTELL PERKINS,      )
                                         )
12                 Defendant.            )

13                              **FINAL ORDER OF FORFEITURE**

14         On January 10, 2013, the United States District Court for the District of Nevada entered a
15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States
16  Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the jury verdict
17  finding defendant ISAIAH ALJAVAR-MARTELL PERKINS guilty of the criminal offenses,
18  forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have
19  the requisite nexus to the offenses to which defendant ISAIAH ALJAVAR-MARTELL PERKINS was
20  found guilty. Criminal Indictment, ECF No. 1; Minutes of Jury Trial Proceedings, ECF No. 34; Jury
21  Verdict, ECF No. 37; Preliminary Order of Forfeiture, ECF No. 42.

22         This Court finds the United States of America published the notice of the forfeiture in
23  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,
24  consecutively from January 17, 2013, through February 15, 2013, notifying all potential third parties
25  of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 50.
26  . . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. HS Product (IM Metal) Springfield Pistol, Model XD40, .40 caliber, serial number XD406537;
2. a Ruger P944DC, .40 caliber pistol, serial number 34120930; and
3. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___9___ day of ___April___, 2013.

_____
UNITED STATES DISTRICT JUDGE